O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEMONE CHAMPAGNE LEWIS, | ) | Case No. 2:21-cv-02884-RSWL-JC |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| FELIPE MARTINEZ, JR., Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)" ("Petition" or "Petition/Section 2255 Motion"), and all of the records herein, including the July 21, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED AND FOUND: (1) the Petition is construed to be a motion arising under 28 U.S.C. § 2255 ("Section 2255") because it effectively challenges petitioner's conviction and sentence in the District of Nevada and petitioner fails to demonstrate that his remedy under Section 2255 is inadequate or ineffective to test the legality of his detention; (2) this Court lacks the requisite jurisdiction to entertain the Petition/Section 2255 Motion; (3) transferring the

Petition/Section 2255 Motion to the District of Nevada would be futile; (4) the Motion to Dismiss is granted and the Petition/Section 2255 Motion and this action are dismissed without prejudice and (5) Judgment shall be entered accordingly.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and on counsel for respondent.

    IT IS SO ORDERED.

    DATED: September 2, 2021

___/S/ RONALD S.W. LEW_____

HONORABLE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE