JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMONE CHAMPAGNE LEWIS, | ) Case No. 2:21-cv-02884-RSWL-JC |
| Petitioner, | ) ~~(PROPOSED)~~ |
| v. | ) JUDGMENT |
| FELIPE MARTINEZ, JR., Warden | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the "Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)" and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: September 2, 2021

_____/S/ RONALD S.W. LEW_____
HONORABLE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE